**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **SEAN D. ALFORTISH, ET AL.** | **SECTION: D (1)** |

## <u>ORDER</u>

Considering the Government's SEALED Motion and Incorporated Memorandum for a Status Conference Concerning Local Criminal Rule 53.3(F) (R. Doc. 214);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that a Telephone Status Conference is scheduled for **Wednesday, March 19, 2025 at 10:00 a.m. (CST).** Dial-in information will be emailed to counsel of record. Only the attorneys representing the defendants awaiting trial need to participate in the conference. As such, counsel for Ryan Harris and Jovanna Gardner are not required to, but may, participate in the conference.

New Orleans, Louisiana, March 12, 2025.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**