MINUTE ENTRY
CURRAULT, M.J.
MAY 14, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL

VERSUS                                                                       NO. 24-105

CARL G MORGAN                                                     SECTION: D

## CRIMINAL ARRAIGNMENT

APPEARANCES:   X   DEFENDANT
                              X   COUNSEL FOR DEFENDANT    MICHAEL RASPANTI- CJA
                              X   ASSISTANT U.S. ATTORNEY      MATTHEW PAYNE – mary katherine kaup non for
                              ___ INTERPRETER                                                SWORN
                              (TIME: ___.M to ___.M)

___/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE SUPERSEDING INDICTMENT: READ WAIVED (SUMMARIZED)

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

___/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON original bond

___/ BAIL SET AT _____

___/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **AUGUST 11, 2025 AT 1:00 PM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

X / TRIAL: **SEPTEMBER 8, 2025 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

MJSTAR: 00:05