UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| | * | |
| **VERSUS** | * | **SECTION: "D"** |
| | * | |
| **CARL MORGAN, ET AL** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ADOPT MOTION TO SEVER

**NOW INTO COURT,** through the undersigned counsel, comes CARL MORGAN, Defendant, who moves this Court to allow him to adopt the legal arguments made in the *Motion to Sever Trial and Defendants* filed by codefendant Vanessa Motta (Rec. Doc. 271) for the reasons set forth in the memorandum in support accompanying this motion. Adopting the arguments set forth in the severance motion filed by Motta, MORGAN moves this Court to sever his trial on Count 1 of the second superseding indictment.

**WHEREFORE,** CARL MORGAN prays that this Court allow him to adopt the severance motion filed by Vanessa Motta (Rec. Doc. 271) and to sever his trial.

Respectfully submitted,

*/s/ Michael G. Raspanti*
RASPANTI LAW FIRM
Joseph P. Raspanti (17897)
Michael G. Raspanti (35968)
3900 N. Causeway Blvd. Suite 1470
Metairie, LA 70002
Telephone: (504) 836-7330
Fax (504) 832-8069
Email: mgraspanti013@gmail.com

*Attorney for Carl Morgan*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, notice of which will be sent to all counsel of record.

    Respectfully submitted,

    */s/ Michael G. Raspanti*
    Michael G. Raspanti