UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| | * | |
| **VERSUS** | * | **SECTION: "D"** |
| | * | |
| **CARL MORGAN, ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

CONSIDERING THE FOREGOING,

**IT IS HEREBY ORDERED** that the Motion to Adopt Motion to Sever filed by Carl Morgan is GRANTED.

New Orleans, Louisiana, this the _____ day of _____, 2025.

_____
THE HONORABLE WENDY B. VITTER
UNITED STATES DISTRICT COURT